FILED
2021 Jul-02 AM 10:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

## United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA

2021 JUL -1 P 12: 04

LARRy DANCy c/o Lucille DANcy Bonner
_____
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

LARRy DANcy

Case No.: 7: 21-CV-898-GMB
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

Town of Gordo WATER Department
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

### COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff**
Name            LARRy DANcy c/o Lucille DANcy Bonner
Street Address  938 5th STreet SW
City and County Gordo    Picken
State and Zip Code  ALABAMA    35466
Telephone Number  706-229-5422

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation.  If you are suing an individual in his/her official capacity, include the person's job or title.  Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
    Name            Town of Gordo Water & Sewage Department
    Job or Title        Water & Sewages
    Street Address      Post Office Box 1106
    City and County     Gordo / Pickens
    State and Zip Code   Alabama / 35466

Defendant No. 2
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 3
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Defendant No. 4
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name
      Job or Title
      Street Address
      City and County
      State and Zip Code

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question    ☐ USA Defendant    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

Pro Se General Complaint for a Civil Case (Rev. 10/16)

**C.    If the Basis for Jurisdiction is Diversity of Citizenship**

1.   The Plaintiff

*c/o Lucille Dancy Bonner*

The plaintiff, *(name)* Larry Dancy , is a citizen of the State of *(name)* Alabama .

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)* ——————— , is a citizen of the State of *(name)* ——————— . Or is a citizen of *(foreign nation)* ——————— .

b.   If the defendant is a corporation

The defendant, *(name)* Town of Gordo , is incorporated under the laws of the State of *(name)* Alabama , and has its principal place of business in the State of *(name)* Alabama .

Or is incorporated under the laws of *(foreign nation)* ——————— , and has its principal place of business in *(name)* ——————— .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

SEE STATEMENT DATES July 9, 2019 AND BILLS of SERVICES, AT THIS DAY July 1, 2021 for 37 years of sewages charges

**III.    Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE COPy of JULY 9, 2019 STATEMENT gIVEN TO Mayor of Town of Gordo ON THAT DATE, AND Copeys of BTLS of SERVICES —

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

BecauSE, IT WRONG TO DO WRONG AND you KNOW IT, And Keep DOING WRONG, Amend

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _LARRy_ Last Name _DANcy_

Mailing Address _Box 142_

City and State _Gordo, ALABAmA_ Zip Code _35466_

Telephone Number _706-229-5422_

E-mail Address _dancyJRlarry@gmail.com_

Signature of plaintiff _larry Dancy_

Date signed _July 1, 2021_

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at <u>www.pacer.gov</u>

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

dancyJr lary@ g mail.com

Participant signature: _Lary Dancy_

Date: _July 01, 2021_

July 9, 2019

To whom it may concern:

I Larry Dancy, took paper work to the Mayor in the town of Gordo, Al., stating that there's no suage connected to the address of 938-5th street southwest Gordo, Al. From the years of 1982 or 1983, has been charged suage until this day of July 9, 2019. My mother Lucille Dancy Bonner was charged for suage from 1982 or 1983 until her passing in March 2005. In which I Larry Dancy continued paying until this day of July 9, 2019. The bill was always sent to P.O. Box 5106 Columbus, Miss. 39704 in the name of Larry Dancy Jr. And I hope that we can come to a resolution of this matter of importance, without going to court.

Sincerly,

Larry Dancy

# ONE CALL
## SERVICES, LLC.
### "ONE CALL DOES IT ALL"

P.O. Box 58
Northport, AL 35476
office@onecallservices.net

**205 -PLUMBER**

Date: 5-20-19

Invoice # _____

To: Larry Dancy

Address: 938 5th St SW Gordo

Phone: 706 659 6502

Email: _____

| Crew Member | Terms |
|---|---|
| DJ Seth | 1 year warranty on parts and installation |

| Job Description | Hours | Rate | Price |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| Camera & Locate Line going | | | |
| Into septic tank, Locates 2 foot | | | |
| From house, Did not Locate | | | |
| any Lines going to street | | | |
| Trip charge | | | 45 00 |
| Labor | | | 120 00 |
| | | SUBTOTAL | |
| | | TAX | |
| | 4% UPCHARGE ON CREDIT CARDS | | |
| | | TOTAL | 165.00 |

# THANK YOU!

How did you hear about us? _____

Payment Method:

☐ Credit Card

☐ Check    # _____

**Town of Gordo**
**Post Office Box 1106**
**Gordo, AL   35466-4104**

| | |
|---|---|
| Customer Account Number | **04   065900** |
| Total Balance Due | **83.92** |
| Due on or Before | **06/10/2019** |

982

**DANCY, JR,  LARRY**
**PO BOX 5106**

**COLUMBUS, MS 39704**

---

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

Town of Gordo
Post Office Box 1106
Gordo, AL  35466-4104

# Bill for Services

Office          (205) 364-7112

**DANCY, JR,  LARRY**
**PO BOX 5106**

**COLUMBUS, MS 39704**

| | |
|---|---|
| Account Number................ | 04 065900 |
| Billing Date........................ | 05/31/2019 |
| Delinquent Date................ | 06/10/2019 |
| Cutoff Date........................ | 06/10/2019 |

| Service Description | Service Period | | Meter Readings | | Used | Amount '—' denotes credit |
|---|---|---|---|---|---|---|
| | From | To | Previous | Current | | |
| | | | | | Previous Balance | **40.00** |
| WATER | 04/15/2019 | 05/14/2019 | 8,962 | 8,979 | | |
| SEWER | | | | | 17 | 15.08 |
| GARBAGE | | | | | 17 | 13.24 |
| | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>   **83.92**

WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911 IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call 1-877-748-6252

Town of Gordo
Post Office Box 1106
Gordo, AL 35466-4104

Office        (205) 364-7112

DANCY, JR, LARRY
PO BOX 5106

COLUMBUS, MS 39704

Account Number............... 04065900

Billing Date......................... 06/30/2019

Delinquent Date.................. 07/10/2019

| Service Description | Service Period | | Meter Readings | | Used | Amount '—' denotes credit |
|---|---|---|---|---|---|---|
| | From | To | Previous | Current | | |
| | | | | | Previous Balance | 53.92 |
| WATER | 05/15/2019 | 06/14/2019 | 8,979 | 8,998 | 19 | 15.08 |
| SEWER | | | | | 19 | 13.99 |
| GARBAGE | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>          98.59

WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911
IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR
SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call
1-877-748-6252

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

# Bill for Services

Town of Gordo
Post Office Box 1106
Gordo, AL  35466-4104

Office        (205) 364-7112

**DANCY, JR, LARRY**
**PO BOX 5106**

**COLUMBUS, MS 39704**

| Account Number............... | 04 065900 |
| Billing Date....................... | 05/31/2019 |
| Delinquent Date................ | 06/10/2019 |
| Cutoff Date....................... | 06/10/2019 |

| Service Description | Service Period | | Meter Readings | | Used | Amount '—' denotes credit |
| | From | To | Previous | Current | | |
|---|---|---|---|---|---|---|
| | | | | | Previous Balance | **40.00** |
| WATER | 04/15/2019 | 05/14/2019 | 8,962 | 8,979 | 17 | 15.08 |
| SEWER | | | | | 17 | 13.24 |
| GARBAGE | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>        **83.92**

WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911 IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call 1-877-748-6252

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

# Bill for Services

**Town of Gordo**
**Post Office Box 1106**
**Gordo, AL  35466-4104**

Office        (205) 364-7112

**DANCY, JR,  LARRY**
**PO BOX 5106**

**COLUMBUS, MS 39704**

| | |
|---|---|
| Account Number................ | 04 065900 |
| Billing Date........................ | 05/31/2019 |
| Delinquent Date................ | 06/10/2019 |
| Cutoff Date....................... | 06/10/2019 |

| Service Description | Service Period | | Meter Readings | | Used | Amount '---' denotes credit |
|---|---|---|---|---|---|---|
| | From | To | Previous | Current | | |
| | | | | | Previous Balance | **40.00** |
| WATER | 04/15/2019 | 05/14/2019 | 8,962 | 8,979 | 17 | 15.08 |
| SEWER | | | | | 17 | 13.24 |
| GARBAGE | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>          | **83.92** |

WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911 IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call 1-877-748-6252

**Town of Gordo**
Post Office Box 1106
Gordo, AL  35466-4104

**Bill for Services**

Office        (205) 364-7112

DANCY, JR,  LARRY
PO BOX 5106

COLUMBUS, MS 39704

Account Number............... 04065900

Billing Date........................ 06/30/2019

Delinquent Date................ 07/10/2019

| Service Description | Service Period | | Meter Readings | | Used | Amount '—' denotes credit |
|---|---|---|---|---|---|---|
| | From | To | Previous | Current | | |
| | | | | | Previous Balance | **53.92** |
| WATER | 05/15/2019 | 06/14/2019 | 8,979 | 8,998 | 19 | 15.08 |
| SEWER | | | | | 19 | 13.99 |
| GARBAGE | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>              | **98.59** |

WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911 IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call 1-877-748-6252

Town of Gordo
Post Office Box 1106
Gordo, AL 35466-4104

Office     (205) 364-7112

DANCY, JR, LARRY
PO BOX 5106

COLUMBUS, MS 39704

Account Number............... 04065900

Billing Date......................... 06/30/2019

Delinquent Date................. 07/10/2019

| Service Description | Service Period | | Meter Readings | | Used | Amount |
| | From | To | Previous | Current | | '—' denotes credit |
|---|---|---|---|---|---|---|
| | | | | | Previous Balance | **53.92** |
| WATER | 05/15/2019 | 06/14/2019 | 8,979 | 8,998 | 19 | 15.08 |
| SEWER | | | | | 19 | 13.99 |
| GARBAGE | | | | | 1 | 15.00 |
| TAXES | | | | | | 0.60 |

Please Pay This Amount ===>      **98.59**

**WHAT TO DO IF YOU SMELL GAS, CALL 911 OR 364-7112. IF YOU ARE OUTDOORS – CALL THE 911 IMMEDIATELY. IF YOU ARE INDOORS – LEAVE THE PREMISES IMMEDIATELY...,DON'T STRIKE A MATCH OR SWITCH ANYTHING ON OR OFF ...THEN GO TO THE NEAREST TELEPHONE AND CALL US**

Pay your utility bill by DEBIT CARD, VISA, MASTERCARD OR DISCOVERY. Visit www.townofgordoservices.com or call 1-877-748-6252



# Gordo Utilities Department

*"Home of the Greenwave"*

P.O. Box 1106 / 313 Main Street Gordo, Alabama 35466

205-364-7112

**Board:** Chairperson Barbara Pointer, Terence Williamson, Rhonda Horton, Max Wiginton, Jim Elmore

**Utility Clerk:** Cindy Housel

**Superintendent:** Craig Patterson

*Mission: To strive to maintain a special community for our progeny.*

May 16, 2019

Dear Utility Customer,

I am writing to advise you of changes in our fee and deposit schedule to commence on July 1, 2019. We are adjusting our fee and deposit schedule due to the use of outdated usage and cost factors. Our current deposit schedule will not cover the cost of an average month's billing. The following will be the new schedule for deposits, fees and return check charges. The new deposit schedule will just pertain to new customers as of June 1, 2019, fees and charges will apply to all customers.

|  | Water Deposits | Gas Deposits |
|---|---|---|
| • Residential | $75.00 | $200.00 |
| • Rental/Commercial | $125.00 | $250.00 |

## Fees/Charges

| | | |
|---|---|---|
| • New Account Charge | $20.00 | |
| • Reconnect Fee | $30.00 | |
| • Return Check Fee | $35.00 | |
| • Late Fee Applied 21st of Month | $25.00 | |

Monthly use charge will be due on the 1st day of the month and delinquent after the 10th day and the late fee will be applied on the 21st day of the month. Accounts that are late and not paid by the 10th day of the next billing month will have their service disconnected. Once disconnected the service will not be reconnected until all charges in arrears have been paid along with the reconnect fee. Reconnection will only be accomplished Monday through Thursday during regular business hours 8:30 am until 3:00 pm.

July 9, 2019

To whom it may concern:

I Larry Dancy, took paper work to the Mayor in the town of Gordo, Al., stating that there's no suage connected to the address of 938-5th street southwest Gordo, Al. From the years of 1982 or 1983, has been charged suage until this day of July 9, 2019. My mother Lucille Dancy Bonner was charged for suage from 1982 or 1983 until her passing in March 2005. In which I Larry Dancy continued paying until this day of July 9, 2019. The bill was always sent to P.O. Box 5166 Columbus, Miss. 39704 in the name of Larry Dancy Jr. And I hope that we can come to a resolution of this matter of importance, without going to court.

Sincerly,

Larry Dancy

# SERVICE CUT OFF NOTICE

**City of Gordo**
P.O. Box 1106

Gordo, AL 35466
364-7112

| | |
|---|---|
| **Mailing Address** | **Service Address** |
| LARRY DANCY, JR | DANCY, JR, LARRY |
| PO BOX 5106 | 938 5TH STREET SW |
| | GORDO, AL 35466 |
| COLUMBUS, MS 39704 | |
| **Account Number:** 04    065900 | |

This is a friendly remindered that your account is now past due.  Accounts not paid by the 21st day of each month will be charged a $10.00 service charge.  If this account is not paid in full before Monday, July1st, 2019 at 9:00 am your service will be disconnected and  a cut-off fee of $30.00 will be assessed.  If payment to this account has been maded please disregarded this notice.

*************************************************REMINDER*********************************************************

New late fees go in effect on July 1st, 2019.  Late fee will be $25.00 dollars a month on account not paid in full by the 21st of each month.

**PAST DUE:**        **43.92**

**BALANCE DUE:**        **53.92**